**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ARTHUR LEE EARNEST,** | : | **CIVIL NO. 3:14-CV-1119** |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **STEVEN GLUNT, PA ATTORNEY GENERAL,** | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**AND NOW**, to wit, this 22nd day of January 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DENIED.

2. There is no basis for the issuance of a certificate of appealability. See R. GOVERNING § 2254 CASES R. 11(a) (stating that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant").

3. The Clerk of Court is directed to CLOSE this case.

                                **BY THE COURT:**

                                **s/James M. Munley
                                JUDGE JAMES M. MUNLEY
                                United States District Court**